IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA          )
                                  )
                    Plaintiff,    )
                                  )
          v.                      )      CASE NO.:  07-09M (MPT)
                                  )
   Ricardo Zanela-Castelan        )
                                  )
                    Defendant.    )

O R D E R

WHEREAS, this matter came before this Court on January 24, 2007 for the purpose of a preliminary hearing; and

WHEREAS, the United States has produced sufficient evidence to convince the undersigned that there is probable cause to believe that an offense has been committed by the defendant against the laws of the United States;

IT IS ORDERED, that the defendant is held to await further action by the court.

Dated: 1/24/07

FILED

JAN 24 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge