AO 432 (Rev. 2/84)

**Administrative Office of the United States Courts**

## WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|---|
| 1/24/07 | 07-09M | | | | | 1 | |
| NAME OF WITNESS | | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL | |
| William Horn | | 11:27a | 11:33a | | | MPT | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't #1 | Criminal Complaint | | Y |

# United States District Court

## DISTRICT OF DELAWARE



GOVERNMENT EXHIBIT
1

UNITED STATES OF AMERICA

v.

RICARDO ZANELA-CASTELAN

**Criminal Complaint**

CASE NUMBER: 07-09M

REDACTED

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 17, 2007, in New Castle County, in the State and District of Delaware, Defendant Ricardo Zanela-Castelan, a citizen and national of Mexico, knowing and in reckless disregard of the fact that certain aliens had come to, entered and remained in the United States in violation of law, did transport, move, and attempt to transfer and move such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (a)(1)(B)(i).

I further state that I am a(n) __Special Agent, Department of Homeland Security, ICE__, and that this complaint is based
Official Title
on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part hereof:    Yes X

Signature of Complainant
William O. Horn
Special Agent, ICE

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

January 18, 2007                                          at    Wilmington, DE
Date                                                             City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                              Signature of Judicial Officer

## AFFIDAVIT

I, William O. Horn, being duly sworn, depose and say:

1. I am a Supervisory Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Supervisory Special Agent since October 1, 1997, when I was employed by the INS. The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, and my own observations and interviews.

3. On January 17, 2007, ICE Wilmington received notification from the Delaware State Police that a van had been stopped on I-95 and that the van contained 17 persons who spoke little or no English. The truck was driven by an individual claiming to be Pedro HERNÁNDEZ-Sánchez, born on         , 1976, in Mexico. During questioning of the occupants, the front-seat passenger, Ricardo ZANELA-Castelán, was identified by them as another driver of the van.

4. On January 17, 2007, your affiant advised ZANELA of his rights, in Spanish. Once advised of his rights, ZANELA signed a waiver of his rights and agreed to speak with your affiant. In a sworn statement, he admitted that his true and correct name is Ricardo ZANELA-Castelán, and that he was born on September 19, 1973, in Mexico. ZANELA stated that he had entered into an agreement with the alien smugglers who had smuggled him into the United States to share driving duties in exchange for a 50% reduction in the fees he had to pay for his own smuggling. Whereas he would have had to pay $1,600, he only had to pay $800.

5. All 17 persons in the van were interviewed by ICE Agents, and all were found to be in the United States illegally. ZANELA stated, under oath, that he knew that the passengers in the truck were illegal aliens and that they had entered together.

WHEREFORE, your affiant avers there is probable cause to believe that Ricardo ZANELA-Castelán, a citizen and national of Mexico, knowing that 16 other aliens had come into, entered, or remained in the United States in violation of law, transported, or attempted to transport, such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, in violation of Title 8, United States Code, 1324(a)(1)(A)(ii) & (B)(i).

William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement

Subscribed and sworn to before me this ___18___ day of January 2007.

The Honorable Mary Pat Thynge
United States Magistrate Judge