IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-021-2 JJF |
| RICARDO ZANELA-CASTELAN, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court has been notified that a Plea Agreement has been reached in the above-captioned case;

WHEREAS, the Court will hold a Rule 11 hearing on Defendant's proposed guilty plea;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Thursday, April 19, 2007, at 10:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and April 19, 2007 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

March 16, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE


FILED
MAR 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE