AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

RICARDO ZANELA-CASTELAN

**WARRANT FOR ARREST**

CASE NUMBER: 07- 09M-MPT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ricardo Zanela-Castelan** when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

in violation of Title __8__ United States Code, Section (s) __1324(a)(1)(A)(ii) & (a)(1)(B)(i)__

<u>Honorable Mary Pat Thynge</u>
Name of Issuing Officer

[signature]
Signature of Issuing Officer

**Bail fixed at $** _____

United States Magistrate Judge
<u>District of Delaware</u>
Title of Issuing Officer

<u>January 18, 2007</u>   <u>Wilmington, DE</u>
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 844 King St Wilm DE |

| DATE RECEIVED 1/18/07 | NAME AND TITLE OF ARRESTING OFFICER for INS  J Policichio | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 1/18/07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
APR - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE