*Filed in open court this 23rd day of May, 2007*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-21-JJF |
| | ) | |
| RICARDO ZANELA-CASTELAN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS COUNT III OF THE INDICTMENT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count III of the Indictment returned against the Defendant Ricardo Zanela-Castelan on February 15, 2007, pursuant to the terms of a plea agreement entered into between the parties.

COLM F. CONNOLLY
United States Attorney

By: *Robert F. Kravetz*
Robert F. Kravetz
Assistant United States Attorney

Dated: May 23, 2007

SO ORDERED this 23 day of May 2007.

*Joseph J. Farnan*
Honorable Joseph J. Farnan, Jr.
United States District Judge

FILED
MAY 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE